# EXHIBIT C

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Construction Laborers Pension Trust for Southern California** | 01/19/2017 | 20,213 | $54.64 | $1,104,375.66 | held | 45,630 | $53.08 | $2,421,873.81 | |
| | 02/23/2017 | 25,417 | $58.37 | $1,483,674.17 | | | | | |
| **Movant's Total** | | **45,630** | | **$2,588,049.83** | | **45,630** | | **$2,421,873.81** | **($166,176.01)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $53.08 as of October 25, 2017 for common stock.