| | |
|---|---|
| 1 | WALTER F. BROWN (SBN 130248) |
| | wbrown@orrick.com |
| 2 | JAMES N. KRAMER (SBN 154709) |
| | jkramer@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 4 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 5 | Telephone:    (415) 773-5700 |
| | Facsimile:     (415) 773-5759 |
| 6 | |
| 7 | STEPHANIE ALBRECHT (SBN 281474) |
| | salbrecht@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 S. Figueroa Street, Suite 3200 |
| 9 | Los Angeles, CA  90017-5855 |
| | Telephone:    (213) 629-2020 |
| 10 | Facsimile:     (213) 612-2499 |
| 11 | LAUREN B. SEATON (SBN 294453) |
| | lseaton@orrick.com |
| 12 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 2050 Main Street, Suite 1100 |
| 13 | Irvine, CA  92614-8255 |
| | Telephone:    (949) 567-6700 |
| 14 | Facsimile:     (949) 567-6710 |
| 15 | *Attorneys for Defendant Mary Mack* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURPLE MOUNTAIN TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, TIMOTHY J. SLOAN, JOHN R. SHREWSBERRY, STEPHEN SANGER, and MARY MACK,<br><br>Defendants. | Case No. 3:18-cv-03948-JD<br><br>**NOTICE OF JOINDER AND JOINDER OF DEFENDANT MARY MACK TO DEFENDANT WELLS FARGO & COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Hearing:     February 28, 2019<br>Time:        10:00 a.m.<br>Dept:         11<br>Judge:       The Honorable James Donato |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Mary Mack hereby joins in the Notice of Motion and Motion to Dismiss the Consolidated Complaint for Violation of the Federal Securities Laws filed by Defendant Wells Fargo & Company on November 2, 2018 (ECF No. 55).

Dated: November 2, 2018

WALTER F. BROWN (SBN 130248)
JAMES N. KRAMER
STEPHANIE ALBRECHT
LAUREN B. SEATON
Orrick, Herrington & Sutcliffe LLP

By: _____/s/ *Lauren Seaton*_____
LAUREN SEATON
Attorneys for Defendant
MARY MACK