
Nanci L. Clarence (SBN 122286)
Josh A. Cohen (SBN 217853)
Adam F. Shearer (SBN 279073)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com
ashearer@clarencedyer.com

Attorneys for Defendant
TIMOTHY J. SLOAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PURPLE MOUNTAIN TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>Defendants. | Case No. 3:18-cv-03948-JD<br><br>**DEFENDANT TIMOTHY J. SLOAN'S NOTICE OF JOINDER IN WELLS FARGO & COMPANY'S MOTION TO DISMISS THE CONSOLIDATED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Hearing: February 28, 2019<br>Time: 10:00 a.m.<br>Courtroom: 11<br>The Honorable James Donato |

TO THE HONORABLE COURT, THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Defendant Timothy J. Sloan hereby joins in Wells Fargo & Company's Motion to Dismiss the Consolidated Complaint for Violation of the Federal Securities Laws (the "Motion") and each of the filings submitted therewith and all arguments in support of the Motion. The hearing on the Motion is set for February 28, 2019 at 10:00 a.m. before the Honorable James Donato.

Dated: November 2, 2018                    Respectfully submitted,

                                                CLARENCE DYER & COHEN LLP

                                                By:       /s/
                                                          Nanci L. Clarence
                                                         Josh A. Cohen
                                                         Adam F. Shearer

                                                *Counsel for Defendant Timothy J. Sloan*