ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ (147029)
LUCAS F. OLTS (234843)
AUSTIN P. BRANE (286227)
KEVIN S. SCIARANI (301411)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
lolts@rgrdlaw.com
abrane@rgrdlaw.com
ksciarani@rgrdlaw.com
        – and –
DENNIS J. HERMAN (220163)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com

Attorneys for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURPLE MOUNTAIN TRUST, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) WELLS FARGO & COMPANY, et al., ) ) Defendants. ) ) | Case No. 3:18-cv-03948-JD <br><br> CLASS ACTION <br><br> LEAD PLAINTIFF'S NOTICE OF FILING IN ACCORDANCE WITH THE COURT'S FEBRUARY 28, 2019 MINUTE ORDER (ECF NO. 66) |

1542756_1

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that in accordance with the Court's February 28, 2019 Minute

3  Order (ECF No. 66), Lead Plaintiff Construction Laborers Pension Trust for Southern California

4  hereby files its chart summarizing its securities fraud allegations on a statement-by-statement basis.

5  *See* Attachment A.

6  DATED: March 14, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
LUCAS F. OLTS
AUSTIN P. BRANE
KEVIN S. SCIARANI

s/ Lucas F. Olts
LUCAS F. OLTS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Attorneys for Lead Plaintiff

1542756_1

LEAD PLAINTIFF'S NOTICE OF FILING IN ACCORDANCE WITH THE COURT'S
FEBRUARY 28, 2019 MINUTE ORDER (ECF NO. 66) - 3:18-cv-03948-JD    - 1 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 14, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Lucas F. Olts
LUCAS F. OLTS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  [Insert]@rgrdlaw.com

1542756_1

# Mailing Information for a Case 3:18-cv-03948-JD Purple Mountain Trust v. Wells Fargo & Company et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephanie Albrecht**
  salbrecht@orrick.com

- **Austin P. Brane**
  abrane@rgrdlaw.com

- **Walter F. Brown**
  wbrown@orrick.com,casestream@ecf.courtdrive.com

- **Spencer A. Burkholz**
  SpenceB@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Nanci L. Clarence**
  nclarence@clarencedyer.com,achin@clarencedyer.com,ahunt@clarencedyer.com

- **Josh Alan Cohen**
  jcohen@clarencedyer.com,achin@clarencedyer.com,ahunt@clarencedyer.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,viapianoc@sullcrom.com,s&cmanagingclerk@sullcrom.com,brendan-cullen-5099@ecf.pacerpro.com,loevinsohnd@sullcrom.com

- **Miles F. Ehrlich**
  miles@ramsey-ehrlich.com,katharine@ramsey-ehrlich.com,amy@ramsey-ehrlich.com,lauren@ramsey-ehrlich.com,tonya@ramsey-ehrlich.com

- **Jordan Eth**
  jeth@mofo.com,jordan-eth-3756@ecf.pacerpro.com,tkhadoo@mofo.com,trina-khadoo-5939@ecf.pacerpro.com

- **Dennis J. Herman**
  dennish@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Sverker K. Hogberg**
  hogbergs@sullcrom.com

- **Sverker Kristoffer Hogberg**
  hogbergs@sullcrom.com,carrjo@sullcrom.com

- **Katharine Ann Kates**
  katharine@ramsey-ehrlich.com

- **James N Kramer**
  jkramer@orrick.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com

- **Lucas F. Olts**
  Lolts@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com,9870190420@filings.docketbird.com

- **Lesley Frank Portnoy**
  lfportnoy@pomlaw.com

- **Ismail Jomo Ramsey**
  izzy@ramsey-ehrlich.com,samuel@ramsey-ehrlich.com,katharine@ramsey-ehrlich.com,amy@ramsey-ehrlich.com,tonya@ramsey-ehrlich.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com

- **Kevin Shen Sciarani**
  ksciarani@rgrdlaw.com,3827167420@filings.docketbird.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Lauren B. Seaton**
  lseaton@orrick.com

- **Adam F. Shearer**
  ashearer@clarencedyer.com,achin@clarencedyer.com,ahunt@clarencedyer.com

- **Christopher Michael Viapiano**
  viapianoc@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Anna Erickson White**
  awhite@mofo.com,anna-erickson-white-9788@ecf.pacerpro.com,andrea-vickery-5658@ecf.pacerpro.com,avickery@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Peretz            Bronstein
Bronstein Gewirtz & Grossman, LLC
60 East 42nd Street, Suite 4600
New York, NY 10154
```