1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PURPLE MOUNTAIN TRUST,

Plaintiff,

v.

WELLS FARGO & COMPANY, et al.,

Defendants.

Case No.  3:18-cv-03948-JD

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 132

　　　Plaintiff's motion to seal its response to defendants' privilege log, and the accompanying exhibits, Dkt. No. 132, is granted.  The materials are related to claims of attorney-client privilege, and consist of excerpts from and details about attorney-client communications that may be privileged.  There is consequently good cause to seal.  *See Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

　　　**IT IS SO ORDERED.**

Dated: June 4, 2021

_____

JAMES DONATO
United States District Judge