# EXHIBIT 1297

RAYMOND JAMES

U.S. Research
Published by Raymond James & Associates

# Wells Fargo & Co.

August 7, 2017

(WFC-NYSE)

**Company Comment**

**David J. Long,** CFA, (312) 612-7685, David.J.Long@RaymondJames.com
**Daniel Tamayo,** CFA, Sr. Research Associate, (312) 612-7688, Daniel.Tamayo@RaymondJames.com
**Grant Burtch,** Sr. Res. Assoc., (312) 655-2945, Grant.Burtch@RaymondJames.com

**Banking**

## Getting Worse Before It Gets Better; Reducing 2018 EPS Estimate

**Recommendation:** We reiterate our **Underperform** rating on WFC shares after additional fallout from its account opening scandal was disclosed. The Wells Fargo brand was negatively impacted further with its recent disclosures (detailed below), which will make it even more challenging for the bank to maintain customers and employees, let alone attract new customers and employees, in our opinion. As a result, we are reducing our 2018 EPS estimate, and believe negative headlines will continue to weigh on the stock and its relative valuation.

- **New disclosures continue to taint the brand**. Since reporting 2Q results in mid-July, Wells has disclosed that it improperly charged auto loan borrowers for auto insurance, that an ongoing review may lead to a significant increase in the amount of unauthorized accounts that were opened, that the Consumer Financial Protection Bureau (CFPB) is investigating its consumer deposit account practices and the fees charged for the extension of residential mortgage rate locks, and that certain foreign banks utilized a Wells Fargo software-based solution to conduct transactions prohibited by the Office of Foreign Assets Control (OFAC).

- **Still too early for the "all clear" signal.** In our view, the likelihood of additional negative headlines and EPS reductions far outweigh the possibility for positive catalysts. Furthermore, the ultimate financial impact to Wells from the account opening scandal and additional fallout is challenging to quantify. However, we still view consensus EPS estimates as too high and likely to contract over time.

- **Modeling adjustments.** We reduced loan and deposit growth expectations, leading to a smaller balance sheet and lower net interest income; and we reduced several fee-based revenue projections. Only partially offsetting the lower revenue outlook, we reduced our loss provision forecast for slower loan growth and still benign credit metrics; and we modestly reduced the expected tax rate to better match the company's guidance.

- **Reducing 2018 EPS Estimates:** We maintain our 2017 EPS estimate of $4.09 ($4.17 consensus), but are reducing our 2018 EPS estimate by $0.05 to $4.28 ($4.43 consensus).

**Valuation:** WFC trades at 12.3x our 2018 EPS estimate, a premium to Bank of America (BAC, MO-2) at 11.9x despite Wells' lack of a positive catalyst, slowing revenue and loan growth, substantial headline and EPS risk, and a relatively low level of asset sensitivity. We believe Wells Fargo's relative valuation will continue to worsen as the prior investment thesis of owning the bank with the best sales culture and a top-of-the-line management team continues to fade.

| **GAAP EPS** | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Full Year | **Revenues (mil.)** |
|---|---|---|---|---|---|---|
| 2016A | $0.99 | $1.01 | $1.03 | $0.96 | $3.99 | $89,507 |
| Old 2017E | 1.00A | 1.07A | 1.01 | 1.01 | 4.09 | 89,634 |
| **New 2017E** | **1.00A** | **1.07A** | **1.01** | **1.01** | **4.09** | **89,411** |
| Old 2018E | 1.02 | 1.04 | 1.12 | 1.15 | 4.33 | 91,311 |
| **New 2018E** | **1.00** | **1.04** | **1.11** | **1.13** | **4.28** | **90,347** |

Rows may not add due to rounding. UR: Under Review.

**Rating**

Underperform 4

**Current and Target Price**

| | |
|---|---|
| Current Price (Aug-07-17 close) | $52.54 |
| Target Price: | NM |
| 52-Week Range | $59.99 - $43.55 |
| Suitability | Not Meaningful |

**Market Data**

| | |
|---|---|
| Shares Out. (mil.) | 4,996.8 |
| Market Cap. (mil.) | $262,532 |
| Avg. Daily Vol. (10 day) | 23,554,683 |
| Dividend/Yield | $1.56/3.0% |
| Book Value (Jun-17) | $36.03 |
| Tang. BVPS (Jun-17) | $30.43 |

**Earnings & Valuation Metrics**

| | 2016A | 2017E | 2018E |
|---|---|---|---|
| P/E Ratios (GAAP) | 13.2x | 12.8x | 12.3x |

**Company Description**

Wells Fargo & Co., headquartered in San Francisco, California, is one of the nation's largest banking institutions with total assets of approximately $1.9 trillion. It operates more than 9,000 branches and 12,500 ATMs. The company completed the acquisition of Wachovia Corporation ($812 billion assets) on December 31, 2008.




Exhibit
1297

**Please read domestic and foreign disclosure/risk information beginning on page 5 and Analyst Certification on page 5.**

© 2017 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

## WFC Risk Reward Analysis

| Bear | | Base | | Bull | |
|---|---|---|---|---|---|
| 2018 EPS | $3.80 | 2018 EPS | $4.28 | 2018 EPS | $5.00 |
| NTM P/E | 10.0x | NTM P/E | 11.0x | NTM P/E | 13.0x |
| **Implied Price** | **$38.00** | **Implied Price** | **$47.00** | **Implied Price** | **$65.00** |
| **Up/Downside** | **-30%** | **Up/Downside** | **-14%** | **Up/Downside** | **19%** |




*Source: Raymond James research, FactSet*

| P/TBV Average | | P/NTM EPS Average | | P/BV Average | |
|---|---|---|---|---|---|
| Current | 1.8x | Current | 12.1x | Current | 1.4x |
| 1 year | 1.8x | 1 year | 12.5x | 1 year | 1.5x |
| 3 year | 1.9x | 3 year | 12.3x | 3 year | 1.6x |
| 5 year | 1.9x | 5 year | 11.7x | 5 year | 1.5x |
| 10 year | 2.1x | 10 year | 11.7x | 10 year | 1.5x |

*Note: Consensus estimates, data as of August 7, 2017*

## Bear/Base/Bull Scenarios

| Bear Case | Base Case | Bull Case |
|---|---|---|
| Regulatory investigations and business losses continue well into 2017; employee and client defections accelerate.<br><br>Economy regresses; oil prices pressured; fewer share repurchases.<br><br>No additional rate hikes in 2017 and 2018. | Regulatory investigations and business losses remain manageable; negative operating leverage in 2017 turns positive in 2018.<br><br>Economy remains stable; no material weakening of credit quality.<br><br>2 hikes in 2018 (Jun. and Sep.); yield curve approximates 2.50% in 4Q17 | Regulatory investigations abate; business losses are halted.<br><br>Economic growth accelerates; greater level of energy reserves are released.<br><br>One additional 25 bps rate hike in 2017.<br><br>Corporate tax rate reduced to 25%. |

*Source: Raymond James research*

© 2017 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

## WFC 2017E EPS Sensitivity Analysis

| | Base | + 5 bp | - 5 bp | - 10 bp | - 15 bp | - 20 bp |
|---|---|---|---|---|---|---|
| **Net Interest Margin** | 2.88% | 2.93% | 2.83% | 2.78% | 2.73% | 2.68% |
| EPS impact | | 0.12 | -0.12 | -0.24 | -0.37 | -0.49 |
| *% impact* | | *2.9%* | *-2.9%* | *-5.9%* | *-9.0%* | *-12.0%* |
| | **Base** | **- 100 bp** | **+ 50 bp** | **+ 100 bp** | **+ 150 bp** | **+ 200 bp** |
| **Efficiency Ratio** | 60.8% | 59.8% | 61.3% | 61.8% | 62.3% | 62.8% |
| EPS impact | | 0.12 | -0.06 | -0.12 | -0.18 | -0.25 |
| *% impact* | | *2.9%* | *-1.5%* | *-2.9%* | *-4.4%* | *-6.1%* |
| | **Base** | **- 5 bp** | **+ 5 bp** | **+ 10 bp** | **+ 15 bp** | **+ 20 bp** |
| **NCO Ratio** | 0.30% | 0.25% | 0.35% | 0.40% | 0.45% | 0.50% |
| EPS impact | | 0.07 | -0.07 | -0.13 | -0.20 | -0.26 |
| *% impact* | | *1.7%* | *-1.7%* | *-3.2%* | *-4.9%* | *-6.4%* |
| | **Base** | **+ 100 bp** | **- 50 bp** | **- 100 bp** | **- 150 bp** | **- 200 bp** |
| **Avg. Earning Asset Growth** | 3.7% | 4.7% | 3.2% | 2.7% | 2.2% | 1.7% |
| EPS impact | | 0.07 | -0.03 | -0.07 | -0.10 | -0.14 |
| *% impact* | | *1.7%* | *-0.7%* | *-1.7%* | *-2.4%* | *-3.4%* |

Source: Raymond James; company reports

## WFC 2017E EPS Sensitivity Analysis-
## Net Interest Margin and Average Earning Asset Growth

Net Interest Margin (NIM)

| Interest Earning Asset Growt | -0.20% | -0.15% | -0.10% | -0.05% | 0.00% | 0.05% | 0.10% | 0.15% | 0.20% |
|---|---|---|---|---|---|---|---|---|---|
| **-2.50%** | 3.45 | 3.56 | 3.68 | 3.80 | 3.92 | 4.04 | 4.16 | 4.28 | 4.40 |
| **-2.00%** | 3.48 | 3.60 | 3.72 | 3.84 | 3.95 | 4.07 | 4.19 | 4.31 | 4.43 |
| **-1.50%** | 3.51 | 3.63 | 3.75 | 3.87 | 3.99 | 4.11 | 4.23 | 4.35 | 4.47 |
| **-1.00%** | 3.54 | 3.66 | 3.78 | 3.90 | 4.02 | 4.14 | 4.26 | 4.38 | 4.50 |
| **-0.50%** | 3.57 | 3.69 | 3.81 | 3.93 | 4.06 | 4.18 | 4.30 | 4.42 | 4.54 |
| **0.00%** | 3.60 | 3.72 | 3.85 | 3.97 | **4.09** | 4.21 | 4.33 | 4.45 | 4.58 |
| **0.50%** | 3.63 | 3.76 | 3.88 | 4.00 | 4.12 | 4.25 | 4.37 | 4.49 | 4.61 |
| **1.00%** | 3.67 | 3.79 | 3.91 | 4.03 | 4.16 | 4.28 | 4.40 | 4.53 | 4.65 |
| **1.50%** | 3.70 | 3.82 | 3.94 | 4.07 | 4.19 | 4.31 | 4.44 | 4.56 | 4.68 |
| **2.00%** | 3.73 | 3.85 | 3.98 | 4.10 | 4.23 | 4.35 | 4.47 | 4.60 | 4.72 |
| **2.50%** | 3.76 | 3.89 | 4.01 | 4.13 | 4.26 | 4.38 | 4.51 | 4.63 | 4.76 |

Source: Raymond James research

## WFC 2018E EPS Sensitivity Analysis

| | Base | + 5 bp | - 5 bp | - 10 bp | - 15 bp | - 20 bp |
|---|---|---|---|---|---|---|
| **Net Interest Margin** | 2.92% | 2.97% | 2.87% | 2.82% | 2.77% | 2.72% |
| EPS impact | | 0.12 | -0.13 | -0.26 | -0.39 | -0.51 |
| *% impact* | | *2.8%* | *-3.0%* | *-6.1%* | *-9.1%* | *-11.9%* |
| | **Base** | **- 100 bp** | **+ 50 bp** | **+ 100 bp** | **+ 150 bp** | **+ 200 bp** |
| **Efficiency Ratio** | 60.3% | 59.3% | 60.8% | 61.3% | 61.8% | 62.3% |
| EPS impact | | 0.12 | -0.07 | -0.13 | -0.20 | -0.26 |
| *% impact* | | *2.8%* | *-1.6%* | *-3.0%* | *-4.7%* | *-6.1%* |
| | **Base** | **- 5 bp** | **+ 5 bp** | **+ 10 bp** | **+ 15 bp** | **+ 20 bp** |
| **NCO Ratio** | 0.31% | 0.26% | 0.36% | 0.41% | 0.46% | 0.51% |
| EPS impact | | 0.06 | -0.07 | -0.14 | -0.21 | -0.28 |
| *% impact* | | *1.4%* | *-1.6%* | *-3.3%* | *-4.9%* | *-6.5%* |
| | **Base** | **+ 100 bp** | **- 50 bp** | **- 100 bp** | **- 150 bp** | **- 200 bp** |
| **Avg. Earning Asset Growth** | 0.9% | 1.9% | 0.4% | -0.1% | -0.6% | -1.1% |
| EPS impact | | 0.07 | -0.04 | -0.08 | -0.12 | -0.15 |
| *% impact* | | *1.6%* | *-0.9%* | *-1.9%* | *-2.8%* | *-3.5%* |

Source: Raymond James; company reports

## WFC 2018E EPS Sensitivity Analysis-
## Net Interest Margin and Average Earning Asset Growth

Net Interest Margin (NIM)

| Interest Earning Asset Growt | -0.20% | -0.15% | -0.10% | -0.05% | 0.00% | 0.05% | 0.10% | 0.15% | 0.20% |
|---|---|---|---|---|---|---|---|---|---|
| **-2.50%** | 3.59 | 3.72 | 3.84 | 3.97 | 4.09 | 4.21 | 4.34 | 4.46 | 4.58 |
| **-2.00%** | 3.63 | 3.75 | 3.88 | 4.00 | 4.12 | 4.25 | 4.37 | 4.50 | 4.62 |
| **-1.50%** | 3.66 | 3.79 | 3.91 | 4.04 | 4.16 | 4.29 | 4.41 | 4.54 | 4.66 |
| **-1.00%** | 3.70 | 3.82 | 3.95 | 4.07 | 4.20 | 4.32 | 4.45 | 4.58 | 4.70 |
| **-0.50%** | 3.73 | 3.86 | 3.98 | 4.11 | 4.24 | 4.36 | 4.49 | 4.61 | 4.74 |
| **0.00%** | 3.77 | 3.89 | 4.02 | 4.15 | **4.28** | 4.40 | 4.53 | 4.65 | 4.78 |
| **0.50%** | 3.80 | 3.93 | 4.05 | 4.18 | 4.31 | 4.44 | 4.56 | 4.69 | 4.82 |
| **1.00%** | 3.83 | 3.96 | 4.09 | 4.22 | 4.35 | 4.47 | 4.60 | 4.73 | 4.86 |
| **1.50%** | 3.87 | 4.00 | 4.13 | 4.25 | 4.38 | 4.51 | 4.64 | 4.77 | 4.90 |
| **2.00%** | 3.90 | 4.03 | 4.16 | 4.29 | 4.42 | 4.55 | 4.68 | 4.81 | 4.94 |
| **2.50%** | 3.94 | 4.07 | 4.20 | 4.33 | 4.46 | 4.59 | 4.72 | 4.85 | 4.98 |

Source: Raymond James research

© 2017 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

## Wells Fargo (WFC)
### Earnings Forecast

Raymond James & Associates
David J. Long, CFA (312) 612-7685

| $ in millions, except per share data | 2014 | 2015 | 2016 | 1Q17 | 2Q17 | 3Q17E | 4Q17E | 2017E | 1Q18E | 2Q18E | 3Q18E | 4Q18E | 2018E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement** | | | | | | | | | | | | | |
| **Operating EPS** | **$4.10** | **$4.12** | **$3.99** | **$1.00** | **$1.07** | **$1.01** | **$1.01** | **$4.09** | **$1.00** | **$1.04** | **$1.11** | **$1.13** | **$4.28** |
| Reported EPS | $4.10 | $4.12 | $3.99 | $1.00 | $1.07 | $1.01 | $1.01 | $4.09 | $1.00 | $1.04 | $1.11 | $1.13 | $4.28 |
| Dividends per share | 1.35 | 1.48 | 1.52 | 0.38 | 0.38 | 0.39 | 0.39 | 1.54 | 0.39 | 0.39 | 0.40 | 0.40 | 1.58 |
| Avg. fully diluted shares (mil.) | 5,323 | 5,209 | 5,108 | 5,070 | 5,038 | 4,987 | 4,936 | 5,008 | 4,892 | 4,840 | 4,788 | 4,736 | 4,814 |
| **Operating revenue (FTE)** | **$85,249** | **$87,153** | **$89,507** | **$22,320** | **$22,499** | **$22,365** | **$22,227** | **$89,411** | **$22,161** | **$22,435** | **$22,809** | **$22,942** | **$90,347** |
| % Change (annual) | 0.8% | 2.2% | 2.7% | -0.7% | 0.1% | -1.2% | 1.4% | -0.1% | -0.7% | -0.3% | 2.0% | 3.2% | 1.0% |
| Net interest income (FTE) | $44,429 | $46,397 | $48,994 | $12,618 | $12,813 | $12,850 | $12,882 | $51,163 | $12,862 | $12,939 | $13,204 | $13,335 | $52,339 |
| % Change (annual) | 1.9% | 4.4% | 5.6% | 5.5% | 6.4% | 4.8% | 1.2% | 4.4% | 1.9% | 1.0% | 2.8% | 3.5% | 2.3% |
| Loan loss provision | 1,395 | 2,442 | 3,770 | 605 | 555 | 649 | 678 | 2,487 | 723 | 726 | 762 | 804 | 3,016 |
| Net credit income (FTE) | 43,034 | 43,955 | 45,224 | 12,013 | 12,258 | 12,201 | 12,204 | 48,676 | 12,139 | 12,213 | 12,442 | 12,531 | 49,324 |
| Service charges on deposits | $5,050 | $5,168 | $5,372 | $1,313 | $1,276 | $1,271 | $1,271 | $5,131 | $1,271 | $1,274 | $1,278 | $1,279 | $5,102 |
| Total Trust and Investment Fees | 14,280 | 14,468 | 14,243 | 3,570 | 3,629 | 3,634 | 3,634 | 14,466 | 3,652 | 3,670 | 3,701 | 3,738 | 14,760 |
| Card fees | 3,431 | 3,720 | 3,936 | 945 | 1,019 | 1,029 | 1,070 | 4,064 | 970 | 1,009 | 1,059 | 1,123 | 4,161 |
| Total other fees | 4,349 | 4,324 | 3,727 | 865 | 902 | 909 | 935 | 3,610 | 925 | 936 | 948 | 975 | 3,784 |
| Total mortgage banking | 6,381 | 6,501 | 6,096 | 1,228 | 1,148 | 1,125 | 915 | 4,416 | 866 | 968 | 970 | 870 | 3,676 |
| Insurance income | 1,655 | 1,694 | 1,268 | 277 | 280 | 287 | 257 | 1,100 | 271 | 280 | 287 | 257 | 1,095 |
| Net gains from trading activities | 1,161 | 614 | 834 | 439 | 237 | 237 | 237 | 1,150 | 215 | 215 | 215 | 215 | 860 |
| Net gains (losses) on debt securities | 593 | 952 | 942 | 36 | 120 | 120 | 120 | 396 | 125 | 125 | 125 | 125 | 500 |
| Net gains from equity investments | 2,380 | 2,230 | 879 | 403 | 188 | 188 | 188 | 967 | 250 | 250 | 250 | 250 | 1,000 |
| Lease income | 526 | 621 | 1,927 | 481 | 493 | 495 | 498 | 1,967 | 492 | 506 | 508 | 511 | 2,016 |
| Life insurance investment income | 558 | 579 | 587 | 144 | 145 | 146 | 146 | 581 | 147 | 148 | 149 | 149 | 593 |
| Other | 456 | (115) | 702 | 1 | 249 | 75 | 75 | 400 | 115 | 115 | 115 | 115 | 460 |
| Total noninterest income | $40,820 | $40,756 | $40,513 | $9,702 | $9,686 | $9,516 | $9,345 | $38,249 | $9,299 | $9,496 | $9,605 | $9,607 | $38,007 |
| % Change (annual) | -0.4% | -0.2% | -0.6% | -7.8% | -7.1% | -8.3% | 1.8% | -5.6% | -4.2% | -2.0% | 0.9% | 2.8% | -0.6% |
| Total operating expenses | $49,037 | $49,974 | $52,377 | $13,792 | $13,541 | $13,555 | $13,508 | $54,396 | $13,793 | $13,632 | $13,521 | $13,496 | $54,442 |
| % Change (annual) | 0.4% | 1.9% | 4.8% | 5.9% | 5.2% | 2.2% | 2.2% | 3.9% | 0.0% | 0.7% | -0.3% | -0.1% | 0.1% |
| Pretax net income (FTE) | $34,817 | $34,737 | $33,360 | $7,923 | $8,403 | $8,161 | $8,042 | $32,529 | $7,644 | $8,076 | $8,526 | $8,642 | $32,888 |
| Taxes (FTE) | (11,209) | (11,461) | (11,315) | (2,375) | (2,555) | (2,652) | (2,614) | (10,196) | (2,312) | (2,584) | (2,771) | (2,809) | (10,476) |
| Minority interest | (551) | (382) | (107) | (91) | (38) | (38) | (38) | (205) | (38) | (38) | (38) | (38) | (152) |
| Pfd. stock dvd. and disc. accretion | (1,236) | (1,424) | (1,565) | (401) | (406) | (420) | (420) | (1,648) | (420) | (420) | (420) | (420) | (1,681) |
| Operating income to common | $21,821 | $21,470 | $20,373 | $5,056 | $5,404 | $5,051 | $4,970 | $20,480 | $4,874 | $5,034 | $5,297 | $5,375 | $20,579 |
| After tax non-core items | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Reported net income | $21,821 | $21,470 | $20,373 | $5,056 | $5,404 | $5,051 | $4,970 | $20,480 | $4,874 | $5,034 | $5,297 | $5,375 | $20,579 |
| **Balance Sheet** | | | | | | | | | | | | | |
| Total assets | $1,687,155 | $1,787,632 | $1,930,115 | $1,951,564 | $1,930,871 | $1,935,680 | $1,940,501 | $1,940,501 | $1,945,335 | $1,950,180 | $1,955,037 | $1,962,327 | $1,962,327 |
| Average interest earning assets | 1,429,238 | 1,571,823 | 1,710,875 | 1,773,100 | 1,769,300 | 1,774,989 | 1,779,410 | 1,774,200 | 1,783,842 | 1,788,285 | 1,792,739 | 1,798,316 | 1,790,796 |
| Total loans | 862,551 | 916,559 | 967,604 | 958,405 | 957,423 | 962,175 | 968,133 | 968,133 | 971,743 | 975,367 | 980,207 | 985,072 | 985,072 |
| % Change (annual) | 4.9% | 6.3% | 5.6% | 1.2% | 0.0% | 0.1% | 0.1% | 0.1% | 1.4% | 1.9% | 1.9% | 1.7% | 1.7% |
| Allowance for loan losses | 12,319 | 11,545 | 11,419 | 11,168 | 11,073 | 10,998 | 10,948 | 10,948 | 10,948 | 10,948 | 10,948 | 10,962 | 10,962 |
| Total deposits | 1,168,310 | 1,223,312 | 1,306,079 | 1,325,444 | 1,305,830 | 1,307,851 | 1,311,493 | 1,311,493 | 1,316,384 | 1,316,833 | 1,318,917 | 1,321,019 | 1,321,019 |
| % Change (annual) | 8.3% | 4.7% | 6.8% | 6.8% | 4.8% | 2.5% | 0.4% | 0.4% | -0.7% | 0.8% | 0.8% | 0.7% | 0.7% |
| Loans / Deposits | 74% | 75% | 74% | 72% | 73% | 74% | 74% | 74% | 74% | 74% | 74% | 75% | 75% |
| Tangible common equity | 162,000 | 168,866 | 174,820 | 150,400 | 152,050 | 152,755 | 153,402 | 179,975 | 153,943 | 154,608 | 155,453 | 156,342 | 182,915 |
| Book value per share | 32.19 | 33.79 | 35.25 | 35.78 | 36.03 | 36.49 | 36.94 | 36.94 | 37.35 | 37.83 | 38.36 | 38.92 | 38.92 |
| Tangible book value per share | 26.36 | 28.15 | 29.53 | 30.10 | 30.43 | 30.89 | 31.34 | 31.34 | 31.75 | 32.23 | 32.77 | 33.32 | 33.32 |
| **Capital Ratios** | | | | | | | | | | | | | |
| Equity / Assets | 11.0% | 10.8% | 10.4% | 10.4% | 10.7% | 10.7% | 10.6% | 10.6% | 10.6% | 10.6% | 10.6% | 10.6% | 10.6% |
| Tangible common equity (TCE) ratio | 9.6% | 9.5% | 9.1% | 9.1% | 9.3% | 9.3% | 9.3% | 9.3% | 9.3% | 9.3% | 9.3% | 9.3% | 9.3% |
| **Performance Ratios** | | | | | | | | | | | | | |
| ROA (operating) | 1.37% | 1.23% | 1.08% | 1.05% | 1.13% | 1.04% | 1.02% | 1.06% | 1.01% | 1.04% | 1.08% | 1.09% | 1.06% |
| ROE (operating) | 13.4% | 12.7% | 11.7% | 11.4% | 12.1% | 11.1% | 10.9% | 11.4% | 10.8% | 11.2% | 11.6% | 11.7% | 11.3% |
| ROTA (operating) | 1.39% | 1.26% | 1.10% | 1.06% | 1.14% | 1.05% | 1.03% | 1.07% | 1.02% | 1.05% | 1.09% | 1.11% | 1.07% |
| ROTCE (operating) | 17.3% | 15.9% | 14.6% | 14.1% | 14.9% | 13.7% | 13.4% | 14.0% | 13.2% | 13.6% | 14.1% | 14.2% | 13.8% |
| Net interest margin | 3.11% | 2.95% | 2.86% | 2.87% | 2.90% | 2.88% | 2.88% | 2.88% | 2.90% | 2.91% | 2.93% | 2.95% | 2.92% |
| Efficiency ratio | 57.5% | 57.3% | 58.5% | 61.8% | 60.2% | 60.6% | 60.8% | 60.8% | 62.2% | 60.8% | 59.3% | 58.8% | 60.3% |
| Fees / Total revenue | 47.9% | 46.8% | 45.3% | 43.5% | 43.1% | 42.5% | 42.0% | 42.8% | 42.0% | 42.3% | 42.1% | 41.9% | 42.1% |
| Tax rate (operating, FTE) | 32.2% | 33.0% | 33.9% | 30.0% | 30.4% | 32.5% | 32.5% | 31.3% | 30.3% | 32.0% | 32.5% | 32.5% | 31.9% |
| **Credit Quality** | | | | | | | | | | | | | |
| Nonaccrual loans | $12,848 | $11,382 | $10,384 | $9,759 | $9,056 | $9,622 | $9,875 | $9,875 | $10,106 | $10,241 | $10,488 | $10,737 | $10,737 |
| Restructured loans | 17,445 | 16,196 | 14,600 | 14,299 | 14,199 | 14,099 | 13,999 | 13,999 | 13,899 | 13,799 | 13,699 | 13,599 | 13,599 |
| Nonperforming loans | 30,293 | 27,578 | 24,984 | 24,058 | 23,255 | 23,721 | 23,874 | 23,874 | 24,005 | 24,040 | 24,187 | 24,336 | 24,336 |
| Other real estate owned | 2,609 | 1,425 | 978 | 905 | 781 | 781 | 781 | 781 | 781 | 781 | 789 | 805 | 805 |
| Net charge-offs | 2,945 | 2,892 | 3,520 | 805 | 655 | 724 | 728 | 2,912 | 723 | 726 | 762 | 790 | 3,002 |
| Provision - Net Charge-offs | (1,550) | (450) | 250 | (200) | (100) | (75) | (50) | (425) | — | — | — | 14 | 14 |
| NPAs / Loans + OREO | 3.80% | 3.16% | 2.68% | 2.60% | 2.51% | 2.54% | 2.54% | 2.54% | 2.55% | 2.54% | 2.55% | 2.55% | 2.55% |
| Nonaccruals / Total Loans | 1.49% | 1.24% | 1.07% | 1.02% | 0.95% | 1.00% | 1.02% | 1.02% | 1.04% | 1.05% | 1.07% | 1.09% | 1.09% |
| LLR / Total loans | 1.43% | 1.26% | 1.18% | 1.17% | 1.16% | 1.14% | 1.13% | 1.13% | 1.13% | 1.12% | 1.12% | 1.11% | 1.11% |
| Net charge-offs / Avg. loans | 0.35% | 0.33% | 0.37% | 0.34% | 0.28% | 0.30% | 0.30% | 0.30% | 0.30% | 0.30% | 0.31% | 0.32% | 0.31% |
| LLR / Nonperforming loans | 41% | 42% | 46% | 46% | 48% | 46% | 46% | 46% | 46% | 46% | 45% | 45% | 45% |
| LLR / Net charge-offs | 418% | 399% | 324% | 345% | 420% | 382% | 378% | 376% | 376% | 375% | 361% | 349% | 365% |
| Provision / NCOs | 47% | 84% | 107% | 75% | 85% | 90% | 93% | 85% | 100% | 100% | 100% | 102% | 100% |

© 2017 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

## Important Investor Disclosures

Raymond James & Associates (RJA) is a FINRA member firm and is responsible for the preparation and distribution of research created in the United States. Raymond James & Associates is located at The Raymond James Financial Center, 880 Carillon Parkway, St. Petersburg, FL 33716, (727) 567-1000. Non-U.S. affiliates, which are not FINRA member firms, include the following entities that are responsible for the creation and distribution of research in their respective areas: in Canada, Raymond James Ltd. (RJL), Suite 2100, 925 West Georgia Street, Vancouver, BC V6C 3L2, (604) 659-8200; in Europe, Raymond James Euro Equities SAS (also trading as Raymond James International), 40, rue La Boetie, 75008, Paris, France, +33 1 45 64 0500, and Raymond James Financial International Ltd., Broadwalk House, 5 Appold Street, London, England EC2A 2AG, +44 203 798 5600.

This document is not directed to, or intended for distribution to or use by, any person or entity that is a citizen or resident of or located in any locality, state, country, or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation. The securities discussed in this document may not be eligible for sale in some jurisdictions. This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. **Investors should consider this report as only a single factor in making their investment decision.**

For clients in the United States: Any foreign securities discussed in this report are generally not eligible for sale in the U.S. unless they are listed on a U.S. exchange. This report is being provided to you for informational purposes only and does not represent a solicitation for the purchase or sale of a security in any state where such a solicitation would be illegal. Investing in securities of issuers organized outside of the U.S., including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of, the U.S. Securities and Exchange Commission. There may be limited information available on such securities. Investors who have received this report may be prohibited in certain states or other jurisdictions from purchasing the securities mentioned in this report. Please ask your Financial Advisor for additional details and to determine if a particular security is eligible for purchase in your state.

The information provided is as of the date above and subject to change, and it should not be deemed a recommendation to buy or sell any security. Certain information has been obtained from third-party sources we consider reliable, but we do not guarantee that such information is accurate or complete. Persons within the Raymond James family of companies may have information that is not available to the contributors of the information contained in this publication. Raymond James, including affiliates and employees, may execute transactions in the securities listed in this publication that may not be consistent with the ratings appearing in this publication.

Raymond James ("RJ") research reports are disseminated and available to RJ's retail and institutional clients simultaneously via electronic publication to RJ's internal proprietary websites (RJ Investor Access & RJ Capital Markets). Not all research reports are directly distributed to clients or third-party aggregators. Certain research reports may only be disseminated on RJ's internal proprietary websites; however such research reports will not contain estimates or changes to earnings forecasts, target price, valuation, or investment or suitability rating. Individual Research Analysts may also opt to circulate published research to one or more clients electronically. This electronic communication distribution is discretionary and is done only after the research has been publically disseminated via RJ's internal proprietary websites. The level and types of communications provided by Research Analysts to clients may vary depending on various factors including, but not limited to, the client's individual preference as to the frequency and manner of receiving communications from Research Analysts. For research reports, models, or other data available on a particular security, please contact your RJ Sales Representative or visit RJ Investor Access or RJ Capital Markets.

Additional information is available on request.

### Analyst Information

**Registration of Non-U.S. Analysts:** The analysts listed on the front of this report who are not employees of Raymond James & Associates, Inc., are not registered/qualified as research analysts under FINRA rules, are not associated persons of Raymond James & Associates, Inc., and are not subject to FINRA Rule 2241 restrictions on communications with covered companies, public companies, and trading securities held by a research analyst account.

**Analyst Holdings and Compensation:** Equity analysts and their staffs at Raymond James are compensated based on a salary and bonus system. Several factors enter into the bonus determination including quality and performance of research product, the analyst's success in rating stocks versus an industry index, and support effectiveness to trading and the retail and institutional sales forces. Other factors may include but are not limited to: overall ratings from internal (other than investment banking) or external parties and the general productivity and revenue generated in covered stocks.

The views expressed in this report accurately reflect the personal views of the analyst(s) covering the subject securities. No part of said person's compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. In addition, said analyst has not received compensation from any subject company in the last 12 months.

© 2017 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

## Ratings and Definitions

**Raymond James & Associates (U.S.) definitions**

**Strong Buy (SB1)** Expected to appreciate, produce a total return of at least 15%, and outperform the S&P 500 over the next six to 12 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, a total return of at least 15% is expected to be realized over the next 12 months.
**Outperform (MO2)** Expected to appreciate and outperform the S&P 500 over the next 12-18 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, an Outperform rating is used for securities where we are comfortable with the relative safety of the dividend and expect a total return modestly exceeding the dividend yield over the next 12-18 months.
**Market Perform (MP3)** Expected to perform generally in line with the S&P 500 over the next 12 months.
**Underperform (MU4)** Expected to underperform the S&P 500 or its sector over the next six to 12 months and should be sold.
**Suspended (S)** The rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and price target are no longer in effect for this security and should not be relied upon.

**Raymond James Ltd. (Canada) definitions**

**Strong Buy (SB1)** The stock is expected to appreciate and produce a total return of at least 15% and outperform the S&P/TSX Composite Index over the next six months.
**Outperform (MO2)** The stock is expected to appreciate and outperform the S&P/TSX Composite Index over the next twelve months.
**Market Perform (MP3)** The stock is expected to perform generally in line with the S&P/TSX Composite Index over the next twelve months and is potentially a source of funds for more highly rated securities.
**Underperform (MU4)** The stock is expected to underperform the S&P/TSX Composite Index or its sector over the next six to twelve months and should be sold.

**Raymond James Europe (Raymond James Euro Equities SAS & Raymond James Financial International Limited) rating definitions**

**Strong Buy (1)** Expected to appreciate, produce a total return of at least 15%, and outperform the Stoxx 600 over the next 6 to 12 months.
**Outperform (2)** Expected to appreciate and outperform the Stoxx 600 over the next 12 months.
**Market Perform (3)** Expected to perform generally in line with the Stoxx 600 over the next 12 months.
**Underperform (4)** Expected to underperform the Stoxx 600 or its sector over the next 6 to 12 months.
**Suspended (S)** The rating and target price have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and target price are no longer in effect for this security and should not be relied upon.

In transacting in any security, investors should be aware that other securities in the Raymond James research coverage universe might carry a higher or lower rating. Investors should feel free to contact their Financial Advisor to discuss the merits of other available investments.

**Rating Distributions**

| | Coverage Universe Rating Distribution* | | | Investment Banking Distribution | | |
|---|---|---|---|---|---|---|
| | RJA | RJL | RJEE/RJFI | RJA | RJL | RJEE/RJFI |
| **Strong Buy and Outperform (Buy)** | 52% | 71% | 55% | 25% | 49% | 0% |
| **Market Perform (Hold)** | 44% | 26% | 33% | 11% | 25% | 0% |
| **Underperform (Sell)** | 4% | 3% | 12% | 8% | 20% | 0% |

* Columns may not add to 100% due to rounding.

**Suitability Ratings (SR)**

**Medium Risk/Income (M/INC)** Lower to average risk equities of companies with sound financials, consistent earnings, and dividend yields above that of the S&P 500. Many securities in this category are structured with a focus on providing a consistent dividend or return of capital.

**Medium Risk/Growth (M/GRW)** Lower to average risk equities of companies with sound financials, consistent earnings growth, the potential for long-term price appreciation, a potential dividend yield, and/or share repurchase program.

**High Risk/Income (H/INC)** Medium to higher risk equities of companies that are structured with a focus on providing a meaningful dividend but may face less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial and competitive issues, higher price volatility (beta), and potential risk of principal. Securities of companies in this category may have a less predictable income stream from dividends or distributions of capital.

**High Risk/Growth (H/GRW)** Medium to higher risk equities of companies in fast growing and competitive industries, with less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial or legal issues, higher price volatility (beta), and potential risk of principal.

© 2017 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**High Risk/Speculation (H/SPEC)** High risk equities of companies with a short or unprofitable operating history, limited or less predictable revenues, very high risk associated with success, significant financial or legal issues, or a substantial risk/loss of principal.

### Raymond James Relationship Disclosures

Raymond James expects to receive or intends to seek compensation for investment banking services from the subject companies in the next three months.

| Company Name | Disclosure |
|---|---|
| Wells Fargo & Co. | Raymond James & Associates makes a market in shares of WFC. |
| | Raymond James & Associates received non-securities-related compensation from WFC within the past 12 months. |

### Stock Charts, Target Prices, and Valuation Methodologies

**Valuation Methodology:** The Raymond James methodology for assigning ratings and target prices includes a number of qualitative and quantitative factors including an assessment of industry size, structure, business trends and overall attractiveness; management effectiveness; competition; visibility; financial condition, and expected total return, among other factors. These factors are subject to change depending on overall economic conditions or industry- or company-specific occurrences. Only stocks rated Strong Buy (SB1) or Outperform (MO2) have target prices and thus valuation methodologies.

**Target Prices:** The information below indicates our target price and rating changes for WFC stock over the past three years.




**Rating & Target changes**

| Date | Curr. | Price | Target | Rating |
|---|---|---|---|---|
| Oct-04-16 | $ | 43.83 | NM | 4 |
| Jul-07-16 | $ | 46.21 | NM | 3 |
| Mar-01-16 | $ | 46.92 | 54.00 | 2 |
| Jan-15-16 | $ | 48.82 | 58.00 | 2 |
| Mar-17-15 | $ | 55.73 | 61.00 | 2 |
| Jan-09-15 | $ | 53.56 | NM | S |
| Aug-08-14 | $ | 50.00 | 63.00 | 1 |

**Valuation Methodology:** For Wells Fargo, our valuation methodology utilizes a projected P/E multiple relative to the industry average (for the nation's 40-largest banks), which takes into account growth potential, earnings quality and visibility, and risk profile.

### Risk Factors

**General Risk Factors:** Following are some general risk factors that pertain to the businesses of the subject companies and the projected target prices and recommendations included on Raymond James research: (1) Industry fundamentals with respect to customer demand or product / service pricing could change and adversely impact expected revenues and earnings; (2) Issues relating to major competitors or market shares or new product expectations could change investor attitudes toward the sector or this stock; (3) Unforeseen developments with respect to the management, financial condition or accounting policies or practices could alter the prospective valuation; or (4) External factors that affect the U.S. economy, interest rates, the U.S. dollar or major segments of the economy could alter investor confidence and investment prospects. International investments involve additional risks such as currency fluctuations, differing financial accounting standards, and possible political and economic instability.

© 2017 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**Specific Investment Risks Related to the Industry or Issuer**

**Banking Industry Risk Factors**
Risks include various geopolitical and macroeconomic variables, including credit quality deterioration, sudden changes in interest rates, M&A risk related to deal announcements, integration risk, and regulatory and mortgage-related concerns. Furthermore, competition for loans and deposits could exert downward pressure on revenue growth.

**Company-Specific Risks for Wells Fargo & Co.**
Company-specific risks include the aforementioned industry risk factors, various regulatory, foreign exchange, political, and macroeconomic risks associated with global exposure.

**Additional Risk and Disclosure information, as well as more information on the Raymond James rating system and suitability categories, is available at rjcapitalmarkets.com/Disclosures/index. Copies of research or Raymond James' summary policies relating to research analyst independence can be obtained by contacting any Raymond James & Associates or Raymond James Financial Services office (please see raymondjames.com for office locations) or by calling 727-567-1000, toll free 800-237-5643 or sending a written request to the Equity Research Library, Raymond James & Associates, Inc., Tower 3, 6th Floor, 880 Carillon Parkway, St. Petersburg, FL 33716.**

*For clients in the United Kingdom:*

**For clients of Raymond James Financial International Limited (RJFI):** This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in the FCA rules or persons described in Articles 19(5) (Investment professionals) or 49(2) (High net worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended) or any other person to whom this promotion may lawfully be directed. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is therefore not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Investment Services, Ltd.:** This report is for the use of professional investment advisers and managers and is not intended for use by clients.

For purposes of the Financial Conduct Authority requirements, this research report is classified as independent with respect to conflict of interest management. RJFI, and Raymond James Investment Services, Ltd. are authorised and regulated by the Financial Conduct Authority in the United Kingdom.

*For clients in France:*

This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in "Code Monétaire et Financier" and Règlement Général de l'Autorité des Marchés Financiers. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is therefore not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Euro Equities:** Raymond James Euro Equities is authorised and regulated by the Autorité de Contrôle Prudentiel et de Résolution and the Autorité des Marchés Financiers.

*For institutional clients in the European Economic Area (EEA) outside of the United Kingdom:*

This document (and any attachments or exhibits hereto) is intended only for EEA institutional clients or others to whom it may lawfully be submitted.

*For Canadian clients:*

This report is not prepared subject to Canadian disclosure requirements, unless a Canadian analyst has contributed to the content of the report. In the case where there is Canadian analyst contribution, the report meets all applicable IIROC disclosure requirements.

**Proprietary Rights Notice:** By accepting a copy of this report, you acknowledge and agree as follows:

This report is provided to clients of Raymond James only for your personal, noncommercial use. Except as expressly authorized by Raymond James, you may not copy, reproduce, transmit, sell, display, distribute, publish, broadcast, circulate, modify, disseminate or commercially exploit the information contained in this report, in printed, electronic or any other form, in any manner, without the prior express written consent of Raymond James. You also agree not to use the information provided in this report for any unlawful purpose.

This report and its contents are the property of Raymond James and are protected by applicable copyright, trade secret or other intellectual property laws (of the United States and other countries). United States law, 17 U.S.C. Sec.501 et seq, provides for civil and criminal penalties for copyright infringement. No copyright claimed in incorporated U.S. government works.

© 2017 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.